IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RANDY WILLIAMS**     **PLAINTIFF**

**v.**     **No. 4:20CV29-GHD-RP**

**LEE SIMON, ET AL.**     **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTIONS [12], [14] FOR DISCOVERY

The plaintiff has filed two motions [12], [14] to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff is currently incarcerated at the Central Mississippi Correctional Facility. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order, which has not yet been entered. As such, he is not entitled to conduct discovery at this time, and the motion is **DENIED**.

**SO ORDERED**, this, the 17th day of March, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE