IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RANDY WILLIAMS**                                                                                             **PLAINTIFF**

**v.**                                      **No. 4:20CV29-GHD-RP**

**LEE SIMON, ET AL.**                                              **DEFENDANTS**

**ORDER DISMISSING PLAINTIFF'S MOTIONS [37], [38] TO
COMPEL DISCOVERY AS MOOT**

This matter comes before the court on the motions [37], [38] by the plaintiff to compel the defendants to produce the discovery set forth in the court's scheduling order. As the defendants have since filed notice that the discovery has been produced, the instant motions [37], [38] are **DISMISSED** as moot.

      **SO ORDERED**, this, the 22nd day of July, 2022.

                                                                         /s/    Roy Percy
                                                                       UNITED STATES MAGISTRATE JUDGE