IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RANDY WILLIAMS**     **PLAINTIFF**

v.     No. 4:20CV29-GHD-RP

**LEE SIMON, ET AL.**     **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S
MOTION [55] TO AMEND WITNESS LIST**

This matter comes before the court on the motion [55] by the plaintiff to amend his witness list to exclude witness Daniel Hatley, who is having health problems. The motion is well taken and is **GRANTED**. Daniel Hatley will not be a witness should this case go to trial or evidentiary hearing.

**SO ORDERED**, this, the 22nd day of July, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE