IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RANDY WILLIAMS**      **PLAINTIFF**

v.      No. 4:20CV29-GHD-RP

**LEE SIMON, ET AL.**      **DEFENDANTS**

**ORDER *DENYING* PLAINTIFF'S MOTION [74]
TO EXTEND THE DEADLINE TO RESPOND TO: (1) THE
DEFENDANTS' MOTION [66] TO REVOKE THE PLAINTIFF'S PAUPER STATUS
AND (2) THE DEFENDANTS' MOTION [68] FOR SUMMARY JUDGMENT;
*DISMISSING AS MOOT* DEFENDANTS' MOTION [66] TO REVOKE
PLAINTIFF'S PAUPER STATUS**

This matter comes before the court on the motion [74] by the plaintiff to extend the deadlines to respond to two motions by the defendants: (1) a motion [66] to revoke the plaintiff's pauper status, and (2) a motion [68] for summary judgment. The plaintiff filed the instant motion for time 24 days after the defendants filed their motions [66], [68], and he has offered no reason for the court to extend the deadlines.

(1) As the court has already revoked [70] the plaintiff's pauper status under the "three strikes" rule of the Prison Litigation Reform Act, the defendants' motion [66] requesting that relief is **DISMISSED** as moot (and the plaintiff's request to extend the deadline to respond to that motion has likewise become moot);

(2) For the reasons set forth above, the plaintiff's motion to extend response deadlines [74] is **DENIED**.

SO ORDERED, this, the 21st day of October, 2022.

                                                   /s/ Glen H. Davidson
                                                   SENIOR U.S. DISTRICT JUDGE